**Fill in this information to identify the case:**

Debtor 1: MARILYN L BRONSTEIN

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Georgia (State)

Case number: 16-40594

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** SunTrust Mortgage, Inc.

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account: 0 7 1 6

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ___/___/___

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | (SEE ATTACHED) | (3) | $ 662.50 |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify: STAT CERT MAIL | (SEE ATTACHED) | (11) | $ 15.38 |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 1

Debtor 1  MARILYN L BRONSTEIN
          First Name   Middle Name   Last Name

Case number (*if known*) 16-40594

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Jake Conner
Signature

Date 05/04/2016

Print: Jake Conner
First Name   Middle Name   Last Name

Title: Bankruptcy Specialist

Company: SunTrust Mortgage, Inc.

Address: Bankruptcy Department, VA-RVW-3034, P.O. Box 27767
Number     Street
Richmond                VA      23261
City                    State   ZIP Code

Contact phone ( 855 ) 223 – 4641

Email: MortgageBankruptcy@SunTrust.com

## CERTIFICATE OF SERVICE

I, __Jake                         Conner__, do hereby certify that a true and exact copy of the foregoing __Notice of Mortgage Post-petition Fees__ was served by United States mail and/or electronic filing, on 05/04/2016, addressed as follows:

Debtor:

Marilyn Laubgross Bronstein
211 Lee Blvd.
Savannah, GA 31405

Debtor's Atty:

MARILYN LAUBGROSS BRONSTEIN
211 LEE BLVD
SAVANNAH, GA 31405

Trustee:

O Byron Meredith, III
P O Box 10556
Savannah, GA 31412

/s/ Jake Conner

Bankruptcy Specialist for SunTrust Mortgage

```
 DDCH   CORPORATE ADVANCE HISTORY SCREEN  R29/001 04/25/16  13:41:40

 ES BRONSTEI    L:R F:S B:A R:    02/01/12 TYPE CONV. RES.        MAN B

 211 LEE BLVD SAVANNAH GA 31405

 ------------------------------------------------------------- * MORE *-------

  T____  C/A PAYEE   ___ TRAN   ____ RSN   ___ USR   _____ ESC PAYEE

   _ SORT       _ SORT     _ SORT    _ SORT       _ SORT

  DATE RANGE: _____  THRU _____

                               C/A              ORIG

  TRN USR  ID   DATE    TRAN AMT  ESC PAYEE  PAYEE RSN  DESCRIPTION     DISBDT
   633 NIV 0158 042216       .96  FOR-L00483 89T40 CERT STAT CERT MAIL
   633 NIV 0157 042216     13.46  FOR-L00483 89T40 CERT STAT CERT MAIL
   633 NIV 0156 042216       .96  FOR-L00483 89T40 CERT STAT CERT MAIL
   630 NIV 0155 042216    662.50  FOR-L00483 89T40 ATTF F/C ATTY FEES
```