UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-40594-EJC |
| MARILYN LAUBGROSS BRONSTEIN | ) | CHAPTER 13 |
| DEBTOR | ) | Judge Edward J. Coleman, III |
| | ) | |

**NOTICE OF APPEARANCE OF SUNTRUST MORTGAGE, INC. PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 211 LEE BOULEVARD, SAVANNAH, GA 31405 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******0716**

NOW COMES SunTrust Mortgage, Inc. by and through its attorney Brock and Scott, pursuant to Bankruptcy Rule 9010 (b) and makes its appearance as a secured creditor in this cause and requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Brock and Scott
5121 Parkway Plaza Boulevard, Suite 300
Charlotte, NC 28217
gabkr@brockandscott.com

SunTrust Mortgage, Inc.
PO Box 27767
Richmond Virginia 23261

The undersigned counsel's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above named Creditor.

RESPECTFULLY SUBMITTED,

/s/ Travis E. Menk
Travis E. Menk (GA. Bar No. 632610)
Brock and Scott, PLLC
5121 Parkway Plaza Boulevard, Suite 300
Charlotte, NC 28217
Phone: (704) 643-0290
Fax (704) 369-0760
Travis.Menk@brockandscott.com

CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Appearance has been electronically served or mailed, postage prepaid on May 24, 2016 to the following:

Marilyn Laubgross Bronstein
211 Lee Blvd.
Savannah, GA 31405


O Byron Meredith, III
P O Box 10556
Savannah, GA 31412


      /s/ Demetrois Meadows
      Demetrois Meadows