UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| IN RE: | ) ) ) ) | CASE NO.  16-40594-EJC |
| MARILYN LAUBGROSS BRONSTEIN, | ) ) ) ) ) | CHAPTER 13 |
| DEBTOR | | |

OBJECTION TO CHAPTER 13 PLAN

**COMES NOW,** SunTrust Mortgage, Inc. (hereinafter, "SunTrust"), a secured creditor in the above-captioned case, by and through counsel, Brock & Scott, PLLC, and objects to confirmation of the Debtor's Chapter 13 Plan, and respectively shows the Court as follows:

1. On April 19, 2016, the Debtor filed a petition with the Bankruptcy Court for the Northern District of Georgia under Chapter 13 of Title 11 of the United States Code.

2. SunTrust holds a secured claim by virtue of a first mortgage lien on real property (hereinafter "Property") described in that Security Deed recorded in the Chatham County Register of Deeds in Book 307E at Page 239 , (hereinafter "Security Deed") with an address of 211 Lee Boulevard, Savannah, GA 31405.

3. SunTrust holds or is otherwise entitled to enforce a Note secured by the first lien Security Deed from the Debtors in the original principal amount of $650,000.00 and dated May 15, 2006.

4. SunTrust does not accept Debtor's plan as proposed.  The proposed plan fails to list SunTrust Mortgage and therefore SunTrust is unsure of the Debtor's intentions as to their lien.

2

**WHEREFORE**, SunTrust prays the Court grant the following relief:

1. Set this matter for hearing at a date and time later to be determined by the Court.

2. Require Debtor's Plan be modified to include and show of the treatment of SunTrust in the plan, and accurately reflect the mortgage arrearage due on SunTrust Mortgage claim.

3. For such other and further relief that the Court may deem just and proper.

This, the 27th day of May, 2016.

/s/ Travis E. Menk
Travis E. Menk (GA. Bar No. 632610)
Attorney for SunTrust Mortgage, Inc.
Brock & Scott, PLLC
5121 Parkway Plaza Blvd, Suite 300
Charlotte, NC 28217
Ph : (704) 369-0676 x3004
Fx : (704) 369-0760
bankruptcy@brockandscott.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| IN RE: | ) ) ) ) ) | CASE NO. 16-40594-EJC |
| MARILYN LAUBGROSS BRONSTEIN, | ) ) | CHAPTER 13 |
| DEBTOR | ) ) ) | |

CERTIFICATE OF SERVICE

    The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the OBJECTION TO CHAPTER 13 PLAN, in the above captioned case were this day served upon the below named persons via electronic service or by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

| | |
|---|---|
| Marilyn Laubgross Bronstein<br>211 Lee Blvd.<br>Savannah, GA 31405 | O Byron Meredith, III<br>P O Box 10556<br>Savannah, GA 31412 |

This, the 27th day of May, 2016.

                                        */s/ Travis E. Menk*
                                        Travis E. Menk
                                        Brock & Scott, PLLC
                                        5121 Parkway Plaza Blvd, Suite 300
                                        Charlotte, NC 28217
                                        Ph : (704) 369-0676 x3004
                                        Fx : (704) 369-0760
                                        [gabkr@brockandscott.com](gabkr@brockandscott.com)