IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of: )
)
MARILYN LAUBGROSS BRONSTEIN ) Chapter 13
211 LEE BLVD. ) Case No.      16-40594-EJC
SAVANNAH, GA 31405 )
)
Debtor(s) )

### OBJECTION TO CONFIRMATION BY CHAPTER 13 TRUSTEE

NOW COMES O. Byron Meredith III, Chapter 13 ("Trustee") in the above-styled case, and objects to confirmation of the proposed Chapter 13 Plan for reason(s) stated herein:

[ ] The Trustee objects to the following expense(s) of the debtor on the ground that the expense(s) is excessive and unnecessary for the maintenance or support of the debtor(s) in a composition chapter 13 plan:

EXPENSE                         AMOUNT

[ ] The Trustee objects to retaining the following property on the ground that the property listed below is not necessary to the debtor's effective reorganization:

[ ] Debtor(s) testified at the meeting of creditors or Trustee has received notice from the IRS or the GA DOR that tax returns for the following year(s) have not been filed:

[ ] Debtor(s) is no longer employed and does not have a regular source of income to be eligible for Chapter 13 pursuant to 11 U. S. C. Section 109.

[ ] The Debtor has prevented the Trustee from complying with 11 U. S. C. Section 1302 by failing to respond to his request (s) for information.

[X] OTHER:

The Debtor has not commenced payments to the Trustee as required by 11 U.S.C. § 1326(a). The payment was required within 30 days of the April 19, 2016 filing date. As instructed by counsel for the Trustee at the meeting of creditors, funds must be received before the scheduled confirmation hearing in this case, which is June 21, 2016 at 9:00 a.m.

The Debtor's plan must be amended. The proposed plan does not state a monthly plan payment, does not state a dividend that unsecured creditors will receive, and does not propose treatment to any creditor.

The Debtor's budget indicates monthly net income of $3,029.22. The Trustee requests contribution of all disposable income to the Chapter 13 plan.

According to the proof of claim filed by SunTrust Mortgage, Inc., the Debtor owes pre-petition arrearage of $341,600. The Debtor testified that no mortgage payments have been made on this loan in approximately three years. The case does not appear to be feasible to cure the arrearage. 11 U.S.C. § 1325(a)(6).

The Trustee requests a copy of the Debtor's 2015 tax return, including any separate return filed by spouse.

The Debtor has not completed Form 122C, the means test form applicable to Chapter 13 cases. The Trustee cannot determine the applicable commitment period for this case until Form 122C is completed.

The Debtor proposes to retain and pay for two properties, including property located at 5537 Varn Drive, which is not used as a residence and does not appear to be necessary for an effective reorganization.

The Trustee requests copies of bank statements for each of the Debtor's accounts (South State Bank, checking; SunTrust Bank, savings; and Colony Bank, checking) for the 90-day period preceding the filing of this case.

The Debtor has not claimed an exemption in any property and states "N/A" on Schedule C; the Trustee requests contribution to unsecured creditors in an amount equal to the value of non-exempt property, including but not limited to insurance policies with a stated value of $25,000 and $10,000.

The Debtor provided a Statement of Financial Affairs, but this document was signed by a non-Debtor, Edwin Bronstein. The Statement of Financial Affairs must be signed by the Debtor.

WHEREFORE, the Trustee moves the Court to inquire into the above objection(s), deny confirmation of the proposed plan, and for such additional relief as may be just and proper.

This 7 day of June, 2016.

s/ JEFF NARMORE, Bar # 412079

O. Byron Meredith III
Chapter 13 Trustee
Georgia Bar No. 002330

## CERTIFICATE OF SERVICE

I the undersigned certify that a copy of this Objection to Confirmation by Chapter 13 Trustee has been served upon the above-named debtor(s) and the parties listed below. Unless otherwise noted below, service was made by first-class mail, postage prepaid, this 8 day of June, 2016.

O. Byron Meredith III
Chapter 13 Trustee
Post Office Box 10556
Savannah, GA 31412
(912) 234-5052

PRO SE
By Electronic Noticing