IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| MARILYN LAUBGROSS BRONSTEIN | : | CASE NO. 16-40594-EJC |
| | : | |
| | : | JUDGE: EDWARD J. COLEMAN III |
| Debtor | : | |
| | : | |

OBJECTION TO CONFIRMATION OF PLAN

COMES NOW FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), BY SETERUS, INC. AS THE AUTHORIZED SUBSERVICER, (hereinafter known as "Creditor"), a secured creditor holding a Security Deed on real property commonly known as **5537 Varn Drive, Savannah, GA 31405**, and for the reasons stated below, objects to confirmation of the Plan, as follows:

1.

On June 9, 2016, Creditor filed a pre-petition arrearage claim in the amount of $1,775.92. However, the plan fails to provide for a cure of the arrears. Because Debtor has not accounted for the amount of the arrearage due to the Creditor, it is possible that the Plan could exceed 60 months, contrary to 11 U.S.C Section 1322 (d)(2).

2.

Creditor reserves the right to raise the failure of Debtor to have made post-petition payments, if at confirmation that appears to be the case.

/./././
/./././
/./././

WHEREFORE, Creditor prays that the Court deny confirmation of the Plan. Creditor prays for reasonable attorney's fees and for such other and further relief as is just and equitable.

/s/ Ciro A. Mestres
Ciro A. Mestres, Bar No.: 840253
Attorney for Creditor
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147
Email: cmestres@aldridgepite.com

CERTIFICATE OF SERVICE

I certify that I am over the age of 18 and that on the date written below a copy of the foregoing *Objection to Confirmation of Plan* was served by email or by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

The following Parties have been served via email by virtue of their participation in the CM/ECF system:

O Byron Meredith, III

The following parties have been served via U.S. Mail:

Marilyn Laubgross Bronstein
211 Lee Blvd.
Savannah, GA 31405


Dated: June 17, 2016              /s/ Anne E. Penaloza            .
                                  Anne E. Penaloza
                                  Aldridge Pite, LLP
                                  4375 Jutland Dr., Suite 200
                                  P.O. Box 17933
                                  San Diego, CA 92177-0933