# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:

**Marilyn Laubgross Bronstein**
    Debtor

Case No.:   16–40594–EJC

Judge:   Edward J. Coleman III

Chapter:   13

## NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY

1) Notice is hereby given that a hearing to consider the **Motion for Relief from Stay** filed July 29, 2016, by **U.S. Bank National Association** will be held on:

    August 29, 2016 , at 10:30 AM
    Bankruptcy Courtroom Rm 228, U.S. Courthouse, 125 Bull St., Savannah, GA 31401

2) *Within seven (7) days after the date of this notice, the movant/movant's attorney is directed to serve a copy of the motion, together with a copy of this notice, on the trustee, debtor, debtor's attorney, U.S. Trustee (except in Chapter 13 cases) and on those persons specified by the Bankruptcy Rules. A certificate of service shall be filed with the Court immediately thereafter.*

*Lucinda B. Rauback, CLERK*
United States Bankruptcy Court
125 Bull St, Rm 213
P.O. Box 8347
Savannah, GA 31412

Dated **August 1, 2016**

## ORDER

    Pursuant to 11 U.S.C. Section 362(e), the automatic stay under 11 U.S.C. §362 is hereby continued and shall remain in full force and effect pending the final ruling on the motion, unless movant files an objection to any such extension prior to service of the motion.



Edward J. Coleman III
United States Bankruptcy Judge
125 Bull St, Rm 213
P.O. Box 8347
Savannah, GA 31412

Dated **August 1, 2016**

*B–35 (Rev. 06/12)* **LLE**